```
                         United States Bankruptcy Court
                            District of New Mexico
```

Yvette J. Gonzales,
     Plaintiff                                             Adv. Proc. No. 17-01042-j

John Sexton,
     Defendant

## CERTIFICATE OF NOTICE

```
District/off: 1084-1          User: cwilson             Page 1 of 1          Date Rcvd: Jul 03, 2019
                              Form ID: pdfor1           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 05, 2019.
dft           +John Sexton,    3502 33rd Circle,    Rio Rancho, NM 87124-1931

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2019                                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 3, 2019 at the address(es) listed below:
            David Alton Kelly    alton@kgeenergy.com
            Edward Alexander Mazel    on behalf of Plaintiff    Yvette J. Gonzales edmazel@askewmazelfirm.com,
             dwhite@askewmazelfirm.com;ericanunez@askewmazelfirm.com;maryvallejos@askewmazelfirm.com;askewmaze
             ladmin@ecf.courtdrive.com;jarratt@askewmazelfirm.com
            Jacqueline Ortiz    on behalf of Plaintiff    Yvette J. Gonzales jortiz@askewmazelfirm.com,
             maryvallejos@askewmazelfirm.com;ericanunez@askewmazelfirm.com;askewmazeladmin@ecf.courtdrive.com;
             jarratt@askewmazelfirm.com
            Wesley O Pool    on behalf of Debtor Kathryn Ramona Esquibel wesley@poollawfirm.com,
             mike@poollawfirm.com
                                                                                                                                                                  TOTAL: 4



**IT IS ORDERED**

Date Entered on Docket: July 3, 2019

*Robert H. Jacobvitz*

**The Honorable Robert H Jacobvitz
United States Bankruptcy Judge**

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

KATHRYN RAMONA ESQUIBEL,

Debtor.

Case No. 17-10498-j7
Chapter 7

---

YVETTE J. GONZALES, Chapter 7 Trustee
of the Bankruptcy Estate of Kathryn Ramona
Esquibel,

    Plaintiff,

v.

JOHN SEXTON, and
DAVID KELLY,

    Defendants.

Adv. Proc. 17-01042-j

### STIPULATED ORDER OF DISMISSAL

THIS MATTER comes before the Court upon the stipulation of the parties hereto, as evidenced by the signature of the undersigned counsel. After reviewing the documents and pleadings on file, and being otherwise sufficiently advised on the premises, settlement of this matter having been approved by this Court on May 31, 2019 (*In re Kathryn Ramona Esquibel,*

Case No. 17-10498-j7, Doc. No. 126), the Court hereby FINDS that entry of this Order is appropriate under the circumstances.

IT IS HEREBY ORDERED that this adversary proceeding is dismissed with prejudice.

###END OF ORDER###

**Submitted by:**

ASKEW & MAZEL, LLC

By: /s/ submitted electronically
    Edward A. Mazel
    Jacqueline N. Ortiz
    1122 Central Ave. SW Suite. 1
    Albuquerque, NM 87102
    (505) 433.3097 (phone)
    (505) 717.1494 (fax)
    edmazel@askewmazelfirm.com
    jortiz@askewmazelfirm.com
*Attorneys for the Chapter 7 Trustee*

**Approved by:**

By: [signature]
    David Kelly
    260 S. 6th St.
    Santa Rosa, NM 88435
    (575) 219-5068 (phone)
    alton@kgeenergy.com
*Defendant Pro Se*

**And by:**

By: [signature]
    John Sexton
    3502 33rd Circle
    Rio Rancho, NM 87124
    (505) 414-7357 (phone)
*Defendant Pro Se*